JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA ZAMORA VAZQUEZ; an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 THOUGH 25 INCLUSIVE,<br><br>Defendants. | Case No. 2:22-cv-09350 SPG (JPRx)<br><br>**ORDER OF DISMISSAL**<br><br>*[Assigned to District Judge Sherilyn Peace Garnett and Magistrate Judge Jean P. Rosenbluth]*<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/27/2024 |

   Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

April 10, 2024

_____
Hon. Sherilyn Peace Garnett,
United States District Judge